**Ralph H. Jackson, defendant in error, v. G. Clyde Ferson, plaintiff in error. Gen. No. 33,964.**

Opinion filed April 22, 1930.

Harold L. Reeve, for plaintiff in error; Andrew C. Hamilton, of counsel. Edelson & Paullin, for defendant in error; Hyland J. Paullin, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.